**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 14-cr-00107-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     MERVIN EDY WOLF,

      Defendant.
_____

## ORDER SETTING CHANGE OF PLEA HEARING
_____

      Pursuant to the Notice of Disposition filed on June 12, 2014 (Docket No. 27).  A Change of Plea Hearing is set for **Thursday, July 24, 2014 at 10:00 a.m.** Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers: (Moore_Chambers@cod.uscourts.gov) and to the Probation Department not later than 48 hours before the change of plea hearing.  *See* D.C.COLO.LCrR 11.1C.  On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance.  *See* D.C.COLO.LCrR 11.1F.

      The plea agreement shall be in the form required by D.C.COLO.LCrR 11.1C which includes a separate section identifying each essential element required by law for the commission of each criminal offense to which the defendant intends to enter a plea of guilty. The statement in advance shall be in the form required by D.C.COLO.LCrR 11.1D.

IT IS ORDERED that the trial preparation conference scheduled for **October 3, 2014**,

and the four-day jury trial scheduled for **October 14, 2014** are VACATED.

DATED this 17th day of June, 2014.

BY THE COURT:

_____

RAYMOND P. MOORE
United States District Judge