IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Criminal Case No. 14-cr-00107-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MERVIN EDY WOLF,

      Defendant.

_____

## PRELIMINARY ORDER OF FORFEITURE
_____

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure. The Court having read said Motion and being fully advised in the premises finds:

On July 24, 2014, the United States and defendant Mervin Edy Wolf entered into a Plea Agreement, which provides a factual basis and cause to issue a forfeiture order under Title 18, United States Code, Section 2253, and Rule 32.2 of the Federal Rules of Criminal Procedure. (Doc. 31).

THAT the requisite nexus exists between the 1996 Saturn Sedan, VIN 1G8ZG5280TZ264994 and the crime of Production of Child Pornography defendant Mervin Edy Wolf pleaded guilty to.

THAT prior to the disposition of the assets, the United States, or its designated sub-custodian, is required to seize the forfeited property and provide notice to any third parties pursuant to 21 U.S.C. § 853(n).

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT defendant's interest in the following:    1996 Saturn Sedan, VIN 1G8ZG5280TZ264994 is forfeited to the United States in accordance with Title 18, United States Code, Section 2253.   Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

THAT the United States is directed to seize the property subject to forfeiture, and further to make its return as provided by law;

THAT the United States shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n) via a government website for at least thirty consecutive days, and to make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to Title 18, United States Code, Section 2253 and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, in which all interests will be addressed.

The Court shall retain jurisdiction to enforce this Order and adjudicate the interests of all third-parties in ancillary proceedings.  Fed. R. Crim. P. 32.2(c)(1).

THAT this Preliminary Order of Forfeiture may be amended pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure.

SO ORDERED this 4th day of December, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge