**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 14-cr-00107-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MERVIN EDY WOLF,

        Defendant.

---

**FINAL ORDER OF FORFEITURE**

---

        THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture (ECF No. 60). The Court having reviewed said Motion FINDS:

        THAT the United States commenced this action pursuant to 18 U.S.C. § 2253, as set forth in the Indictment returned on March 26, 2014;

        THAT a Preliminary Order of Forfeiture was entered on December 4, 2014;

        THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. § 853(n);

        THAT, no Petition for Ancillary Hearing has been filed by any petitioner;

        THAT it further appears there is cause to issue a forfeiture order under 18 U.S.C. § 2253.

        NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of the 1996 Saturn Sedan, VIN 1G8ZG5280TZ264994 shall enter in favor of the United States pursuant to 18 U.S.C. § 2253, free from the claims of any other party;

THAT the United States shall have full and legal title to the forfeited 1996 Saturn Sedan, VIN 1G8ZG5280TZ264994 and may dispose of it in accordance with law;

SO ORDERED this 9th day of April, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge