**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 14-cr-00107-RM
Civil Action No. 15-cv-01948-RM

UNITED STATES OF AMERICA,

      Petitioner,

v.

MERVIN EDY WOLF,

      Respondent.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Denying Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence of Judge Raymond P. Moore (Doc. 78) it is

ORDERED that the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence (Doc. 62) is DENIED.  It is

FURTHER ORDERED that the civil action 15-cv-01948-RM is dismissed.

Dated at Denver, Colorado this 1st day of February, 2016.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/   Cathy Pearson
_____

Cathy Pearson
Deputy Clerk